UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   OCT 15 2008
LORETTA G. WHYTE
CLERK

IN THE MATTER OF

ASHTON R. O'DWYER, JR.

MISCELLANEOUS

NO. 08-1492

SECTION: "B"

## ORDER AND REASONS

Respondent's Motion for Recusal (Record Document No. 17) is **DENIED**. Prior to ruling on the instant attorney disciplinary complaint, Respondent-Attorney stated be could not think of a fairer judge to hear the complaint against him than the undersigned. During the first hearing in open court on this matter, there was also a reference to how trial judges, including this one, sometime react to unfavorable appellate opinions. This was done to provide an example of how judges, like attorneys, have to exercise reasonable restraint in the face of adverse rulings. As an attorney, Respondent is presumed to know the law, including published opinions within this circuit. At that first hearing, Respondent was advised by the undersigned of an adverse circuit opinion reversing an attorney fee award in an unrelated matter rendered by this judge.

Fee___
Process___
X Dktd___
CtRmDep___
Doc. No. 22

Moreover, the circuit opinion cited by Respondent has no bearing here. Respondent again takes issue with an adverse ruling by making unprofessional comments about judges he disagrees with in subsequent pleadings. There is no factual or legal basis to warrant the relief sought here.

New Orleans, Louisiana, this 14th day of October, 2008.

 

_____
UNITES STATES DISTRICT JUDGE

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. District Court
500 Poydras Street, Rm. C-151
New Orleans, LA 70130

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ashton R. O'Dwyer, Jr.
   821 Baronne St.
   New Orleans, LA   70113

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JWARD                         10-16

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7001 1140 0000 8711 7020

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 1140 0000 8711 7020

OFFICIAL USE

Postage $
Certified Fee   $2.22   10/15/08   Postmark Here
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement R
Total Postage
Sent To        Ashton R. O'Dwyer, Jr.
Street, Apt. No   821 Baronne St.
or PO Box No     New Orleans, LA   70113
City, State, ZIP+4

PS Form 3800, January 2001    See Reverse for Instructions